UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR.S-07-391 LKK |
| v. | ) | |
| | ) | |
| CLARISOL GLADYS TORRES | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum                              () Ad Testificandum

Name of Detainee:     CLARISOL TORRES
Detained at (custodian):     VALLEY STATE PRISON FOR WOMEN (VSPW)

Detainee is:
    a.) (X) charged in this district by: (X) Indictment  () Information  () Complaint
        charging detainee with: Possession of Stolen Mail
or
    b.) () a witness not otherwise available by ordinary process of the Court

Detainee will:
    a.) () return to the custody of detaining facility upon termination of proceedings
or
    b.) (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary* **January 14, 2008 2:00 p.m. for an Initial Appearance** *in the Eastern District of California.*

Signature:     /s/ Robin R. Taylor
Printed Name & Phone No.     ROBIN R. TAYLOR, (916) 554-2722
Attorney of Record for:     United States of America

## WRIT OF HABEAS CORPUS

(X) Ad Prosequendum                              () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on January 14, 2008, at 2:00 p.m. for an Initial Appearance, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: December 26, 2007

_____
Edmund F. Brennan
United States Magistrate Judge

___

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | _____ | Female |
| Booking or CDC #: | X-REF # 2138647, CDC # X09186 | DOB: 10/29/1975 |
| Facility Address: | VALLEY STATE PRISON FOR WOMEN (VSPW) | |
| | 21633 AVENUE 24, CHOWCHILLA, CA 93610 | Race: |
| | | FBI #: |
| Facility Phone: | (559) 665-6100 | |
| Currently Incarcerated For: | Possession of Stolen Mail | |

### RETURN OF SERVICE

Executed on   _____      By: _____
                                                                                       (Signature)