UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR.S-07-391 LKK |
| v. ) | |
| ) | |
| CLARISOL GLADYS TORRES ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum                    ( ) Ad Testificandum

Name of Detainee:     CLARISOL TORRES
Detained at (custodian):     SACRAMENTO COUNTY JAIL

Detainee is:      a.)     (**X**) charged in this district by: (**X**) Indictment ( ) Information ( ) Complaint
                              charging detainee with: Possession of Stolen Mail, 18 U.S.C. § 1708
         or    b.)     ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:      a.)     ( ) return to the custody of detaining facility upon termination of proceedings
         or    b.)     (**X**) be retained in federal custody until final disposition of federal charges, as a sentence
                              is currently being served at the detaining facility

*Appearance is necessary* **FORTHWITH** *in the Eastern District of California.*

Signature:     /s/ Robin R. Taylor
Printed Name & Phone No:     ROBIN R. TAYLOR, (916) 554-2722
Attorney of Record for:     United States of America

## WRIT OF HABEAS CORPUS

(**X**) Ad Prosequendum                  ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: February 22, 2008.

_____
U.S. MAGISTRATE JUDGE

_____

Please provide the following, if known:

AKA(s) (if applicable): _____     Female
Booking or CDC #:     X-REF # 2138647     DOB: 10/29/1975
Facility Address:     SACRAMENTO COUNTY JAIL     Race:
                      651 I STREET, SACRAMENTO, CA 95814     FBI #:
Facility Phone:     (916) 874-5417
Currently Incarcerated For: _____

_____

### RETURN OF SERVICE

Executed on _____      By: _____
                                                 (Signature)