1  McGREGOR W. SCOTT
   United States Attorney
2  ROBIN R. TAYLOR
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2722

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     )
                                 ) CR S-07-391 LKK
12                 Plaintiff,    )
                                 ) STIPULATION AND ORDER RESETTING
13            v.                 ) STATUS CONFERENCE AND EXCLUDING
                                 ) TIME UNDER THE SPEEDY TRIAL ACT
14 CLARISOL TORRES,              )
                                 ) DATE: March 18, 2008
15                 Defendant.    ) TIME: 9:30 a.m.
   _____) CTRM: Honorable Lawrence K. Karlton
16

17     The United States of America, through counsel of record,

18 Assistant United States Attorney Robin R. Taylor, and defendant

19 Natosha Saunders, through her counsel of record, Scott Cameron Esq.,

20 hereby submit this stipulation and proposed order resetting the

21 status conference held on March 18, 2008 to April 15, 2008 at 9:30

22 a.m.

23     Counsel further request that time be excluded from March 18,

24 2008 to April 15, 2008, from computation of time within which the

25 trial of this case must be commenced, pursuant 18 U.S.C. §

26 3161(h)(8)(B)(iv) (Local code T4 - to give counsel reasonable time

27 to prepare).  Mr. Cameron represented he needs time review discovery

28 ///

                                  1

1 and to discuss case resolution.  The defendant is is aware of the

2 request for continuance and approves of it.

3                                         Respectfully submitted,

4                                         McGREGOR W. SCOTT
                                          United States Attorney

5

6 Dated: April 10, 2008          By:  _/s/_____
                                      ROBIN TAYLOR
7                                     Assistant U.S. Attorney
                                      Attorneys for Plaintiff

8

9 DATED: April 10, 2008          By:  _/s/_____
                                      SCOTT CAMERON
10                                    Attorney for Defendant

11

12

13                                **ORDER**

14        For good cause shown above,

15        **IT IS SO ORDERED.**

16 DATED: April 14, 2008

17

18                              LAWRENCE K. KARLTON
                               SENIOR JUDGE
19                             UNITED STATES DISTRICT COURT

20

21

22

23

24

25

26

27

28

                                     2