McGREGOR W. SCOTT
United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2722

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR S-07-391 LKK |
| ) Plaintiff, ) | STIPULATION AND ORDER RESETTING |
| v. ) | STATUS CONFERENCE AND EXCLUDING |
| ) | TIME UNDER THE SPEEDY TRIAL ACT |
| CLARISOL TORRES, ) | DATE: April 15, 2008 |
| Defendant. ) | TIME: 9:30 a.m. |
| _____) | CTRM: Honorable Lawrence K. Karlton |

The United States of America, through counsel of record, Assistant United States Attorney Robin R. Taylor, and defendant Natosha Saunders, through her counsel of record, Scott Cameron Esq., hereby submit this stipulation and proposed order regarding the status conference held on April 15, 2008:

Pursuant to Court order the case shall be continued to April 22, 2008.  Time is excluded from April 15, 2008 to April 22, 2008, from computation of time within which the trial of this case must be commenced, pursuant 18 U.S.C. § 3161(h)(8)(B)(iv) (Local code T4 - to give counsel reasonable time to prepare).  Mr. Cameron represented he needs time review discovery and to discuss case

///

1

resolution.  The defendant is is aware of the request for continuance and approves of it.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Dated: April 17, 2008          By:   /s/
                                     ROBIN TAYLOR
                                     Assistant U.S. Attorney
                                     Attorneys for Plaintiff

DATED: April 17, 2008          By:   /s/
                                     SCOTT CAMERON
                                     Attorney for Defendant

**ORDER**

For good cause shown above,

**IT IS SO ORDERED.**

DATED: April 17, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2