```
Scott N. Cameron (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Telephone: 916-442-5230

Attorney for:
CLARISOL TORRES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>CLARISOL TORRES,<br><br>    Defendant. | CASE NO. CR S-07-391 LKK<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br><br>DATE: May 6, 2008<br>TIME: 9:30 a.m.<br>COURT: Hon. Lawrence K Karlton |

### Stipulation

The parties, through undersigned counsel, stipulate that the status conference scheduled for April 22, 2008, may be continued to May 6, 2008, at 9:30 a.m. Defense counsel, has completed certain investigation; however, the investigation is ongoing. Moreover, the parties need additional time to negotiate the matter and potentially draft a plea agreement. Lastly, the Assistant U.S. Attorney assigned to the matter is out-of-state on government business until April 24, 2008. The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

///

1    Defense counsel has authorized the prosecutor to sign this
2 stipulation on his behalf.

4 DATED: April 21, 2008                    McGREGOR W. SCOTT
                                           United States Attorney

                              by    /s/ Scott Cameron for Robin Taylor
                                    Robin Taylor
                                    Assistant U.S. Attorney

9 DATED: April 21, 2008

                              by    /s/ Scott N. Cameron
                                    Scott N. Cameron
                                    Counsel for Ms. Torres

                                  <u>Order</u>

   Good cause appearing,

   The status conference scheduled for April 22, 2008 is continued to May 6, 2008 at 9:30 a.m.

   Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for counsel preparation through the date of the hearing.

   IT IS SO ORDERED.

DATED: April 21, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT