

FILED
MAY - 7 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CLARISOL GLADYS TORRES, ) <br> ) <br> Defendant. ) | Case No. CR-S-07-0391-LKK <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release CLARISOL GLADYS TORRES, Case No. CR-S-07-0391-LKK, Charge Title 18 USC §§ 1708, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

X Bail Posted in the Sum of $ _10,000.00_

X Unsecured Appearance Bond

___ Appearance Bond with 10% Deposit

___ Appearance Bond with Surety

___ Corporate Surety Bail Bond

X (Other) _Pretrial Services Supervision of conditions._

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on _May 7, 2008_ at _2:50 p.m._.

By _/s/ Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge