1  Scott N. Cameron (SBN 226605)
   Attorney at Law
2  1007 7th Street, Suite 319
   Sacramento, CA 95814
3  Telephone: 916-442-5230

4  Attorney for:
   CLARISOL TORRES

5

6

7                IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,      )   CASE NO.  CR S-07-391 LKK
                                   )
11              Plaintiff,         )   STIPULATION AND ORDER CONTINUING
                                   )   STATUS CONFERENCE
12       v.                        )
                                   )
13  CLARISOL TORRES,               )   DATE:   June 17, 2008
                                   )   TIME:   9:30 a.m.
14              Defendant.         )   COURT:  Hon. Lawrence K Karlton
    _____)

15

16                          Stipulation

17       The parties, through undersigned counsel, stipulate that the

18  status conference scheduled for May 28, 2008, may be continued to June

19  17, 2008, at 9:30 a.m.  The parties agree that time may be excluded

20  from the speedy trial calculation under the Speedy Trial Act for

21  counsel preparation, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and

22  Local Code T4.  The parties are in the process of drafting a plea

23  agreement and will not be done by May 28, 2008.  The additional time

24  requested will allow the parties to finalize the plea agreement.

25  / / /

26  / / /

27  / / /

28  / / /

                               1

1    The prosecutor has authorized defense counsel to sign this

2 stipulation on her behalf.

3

4 DATED: May 22, 2008                McGREGOR W. SCOTT
                                    United States Attorney
5

6
                              by    /s/ Robin Taylor
7                                   Robin Taylor
                                    Assistant U.S. Attorney
8

9 DATED: May 22, 2008

10                            by    /s/ Scott N. Cameron
                                    Scott N. Cameron
11                                  Counsel for Clarisol Torres

12
                                   Order
13
     Good cause appearing,
14
     The status conference scheduled for May 28, 2008, is continued
15
to June 17, 2008, at 9:30 a.m.
16
     Time is excluded from the speedy trial calculation pursuant to
17
18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for counsel
18
preparation through the date of the hearing.
19

20
     IT IS SO ORDERED.
21

22

23
DATED: May 23, 2008
24
                                    LAWRENCE K. KARLTON
25                                  SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
26

27

28

                                   2