UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

## PRETRIAL SERVICES VIOLATION PETITION

The United States,

   -vs-

Clarisol Gladys Torres                                                    **Docket No. 2:07-CR-00391 LKK-1**

**COMES NOW** Steven Joseph Sheehan, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Clarisol Gladys Torres, who was placed on bond by the Honorable Dale A. Drozd, U.S. Magistrate Judge, sitting in the Court at Sacramento, California, on the 7th day of May, 2008, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:**  18 USC 1708 - Possession of Stolen Mail

**BOND CONDITIONS**: The defendant was released on a $10,000 unsecured bond with Pretrial Services supervision and special conditions of release.  Please see page 2.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
Kroll Laboratories verified that Ms. Torres tested positive for methamphetamine on May 22, 2008. On June 2, 2008, Ms. Torres tested presumptively positive for methamphetamine and subsequently admitted use of the drug. Following her positive test on June 2, 2008, Ms. Torres absconded from Pretrial Services supervision and her current whereabouts are unknown.

**PRAYING THAT THE COURT WILL ORDER** a no-bail warrant be issued for the defendant's arrest.

**LAST KNOWN ADDRESS:**        On file with Pretrial Services
**TELEPHONE NUMBER:**          On file with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct.

                                                                Respectfully submitted,

                                                                /s/ Steven J. Sheehan

                                                                Steven J. Sheehan
                                                                Pretrial Services Officer
                                                                May 3, 2008

## ORDER

_X__    The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $ 0 pending hearing.

____    The Court hereby orders this ex parte motion and order be sealed.

_____   The Court orders a summons be issued with an appearance date of _____.

___     The Court hereby orders this matter placed on this court's calendar on_____, at _ p.m. and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

                                                Considered and ordered this 5th day of
                                                June, 2008, and ordered filed and
                                                made a part of the records in the above case.

                                                _____
                                                U.S. MAGISTRATE JUDGE

Pretrial Services Violation Petition - page 2
TORRES, Clarisol Gladys

**SPECIAL CONDITIONS OF RELEASE:**

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are to reside at a location approved by the Pretrial Services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the Pretrial Services officer;

4. Your travel is restricted to the Eastern District of California without the prior consent of the Pretrial Services officer;

5. You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

6. You shall refrain from the excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

7. You shall submit to drug or alcohol testing as approved by the Pretrial Services officer;

8. You shall seek and/or maintain employment and provide proof of same as requested by your Pretrial Services officer;

9. You shall immediately contact Pretrial Services should you have any contact with law enforcement;

10. You are released to the third-party custody of your aunt, Anna Rodriguez;

11. You shall participate in the following home confinement program components and abide by all the requirements of the program which will include electronic monitoring.

    **HOME DETENTION:** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the pretrial services officer; and

12. You shall abide by the terms and conditions of your probation and/or parole.