1  Scott N. Cameron (SBN 226605)
   Attorney at Law
2  1007 7th Street, Suite 319
   Sacramento, CA 95814
3  Telephone: 916-442-5230

4  Attorney for:
   CLARISOL TORRES

5

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,      )   CASE NO.  CR S-07-391 LKK
                                  )
11               Plaintiff,       )   STIPULATION AND ORDER CONTINUING
                                  )   SENTENCING HEARING
12      v.                        )
                                  )
13 CLARISOL TORRES,               )   DATE:   October 28, 2008
                                  )   TIME:   **9:15 a.m.**
14               Defendant.       )   COURT:  Hon. Lawrence K Karlton
   _____)

15

16                          Stipulation

17      The parties, through undersigned counsel, stipulate that the

18 judgement and sentencing hearing scheduled for October 28, 2008, may

19 be continued to November 4, 2008, at 9:15 a.m.  Scott Cameron, the

20 attorney for CLARISOL TORRES, is presently in trial in the Superior

21 Court of California, County of Sacramento, and will still be in trial

22 on October 28, 2008.  Therefore, counsel for the defense will be

23 unavailable for the sentencing hearing on October 28, 2008.

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

                                 1

1      The prosecutor has authorized defense counsel to sign this

2   stipulation on her behalf.

3

4   DATED: October 23, 2008        McGREGOR W. SCOTT
                                   United States Attorney
5

6
                                by    /s/ Robin Taylor
7                                      Robin Taylor
                                       Assistant U.S. Attorney
8

9   DATED: October 23, 2008

10                               by    /s/ Scott N. Cameron
                                       Scott N. Cameron
11                                     Counsel for Clarisol Torres

12
                                    Order
13
        Good cause appearing,
14
        The sentencing hearing scheduled for October 28, 2008, is
15
    continued to November 4, 2008, at **9:15 a.m.**
16

17
        IT IS SO ORDERED.
18

19

20
    DATED: October 24, 2008
21

22                               LAWRENCE K. KARLTON
                                 SENIOR JUDGE
23                               UNITED STATES DISTRICT COURT

24

25

26

27

28

                                    2