```
Scott N. Cameron (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Telephone: 916-442-5230

Attorney for:
CLARISOL TORRES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  CR S-07-391 LKK |
| Plaintiff, | STIPULATION AND ORDER CONTINUING SENTENCING HEARING |
| v. | |
| CLARISOL TORRES, | DATE: November 4, 2008 |
| | TIME: 9:15 a.m. |
| Defendant. | COURT: Hon. Lawrence K Karlton |

### Stipulation

The parties, through undersigned counsel, stipulate that the judgement and sentencing hearing scheduled for November 4, 2008, may be continued to November 12, 2008, at 9:15 a.m.  Scott Cameron, the attorney for CLARISOL TORRES, is presently in trial in the Superior Court of California, County of Sacramento, and will still be in trial on November 4, 2008.  Therefore, counsel for the defense will be unavailable for the sentencing hearing on November 12, 2008.

/ / /

/ / /

/ / /

/ / /

/ / /

1

The prosecutor has authorized defense counsel to sign this stipulation on her behalf.

DATED: October 30, 2008         McGREGOR W. SCOTT
                                United States Attorney

                         by   /s/   Robin Taylor
                              Robin Taylor
                              Assistant U.S. Attorney

DATED: October 30, 2008

                         by   /s/ Scott N. Cameron
                              Scott N. Cameron
                              Counsel for Clarisol Torres

<u>Order</u>

Good cause appearing,

The sentencing hearing scheduled for November 4, 2008, is continued to November 12, 2008, at 9:15 a.m.

IT IS SO ORDERED.

DATED: October 30, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2