FILED
October 4, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CLARISOL GLADYS TORRES, ) <br> ) <br> Defendant. ) | Case No. 2:07CR00391-01 <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  CLARISOL GLADYS TORRES , Case No. 2:07CR00391-01 , Charge  18:3606 - Violation of Supervised Release , from custody for the following reasons:

__   Release on Personal Recognizance

__   Bail Posted in the Sum of $__

 __   Unsecured Appearance Bond

 __   Appearance Bond with 10% Deposit

 __   Appearance Bond with Surety

 __   Corporate Surety Bail Bond

 ✔   (Other)           Continue Supervised Release with modifications

Issued at  Sacramento, CA  on  October 4, 2011  at  9:31 am .

By /s/ Lawrence K. Karlton
Lawrence K. Karlton
United States District Judge

Original - U.S. Marshal