Scott N. Cameron (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Telephone: 916-442-5230

Attorney for:
CLARISOL TORRES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>CLARISOL TORRES,<br><br>        Defendant. | CASE NO. 07-CR-391 LKK<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON PETITION ALLEGING VIOLATIONS OF SUPERVISED RELEASE**<br><br>DATE:  November 15, 2011<br>TIME:  9:15 a.m.<br>COURT: Hon. Lawrence K Karlton |

<u>Stipulation</u>

The parties, through undersigned counsel, stipulate that the hearing on the superceding petition alleging violations of supervised release, scheduled for November 15, 2011, may be continued to December 13, 2011, at 9:15 a.m., which is a date already on calendar for Clarisol Torres as to the original petition. Scott Cameron, the attorney for Clarisol Torres, is conducting investigation regarding the allegations stated in the superceding petition. This investigation is necessary so that Ms. Torres can be properly advised and informed of her options on how proceed in defense of the petition.

U.S. Probation Officer Dayna Ward has been consulted regarding this continuance and has no objection.

The prosecutor has authorized defense counsel to sign this stipulation on her behalf.

DATED: November 7, 2011        BENJAMIN WAGNER
                               United States Attorney

                     by    /s/ Todd Pickles
                           Todd Pickles
                           Assistant U.S. Attorney

DATED: November 7, 2011

                     by    /s/ Scott N. Cameron
                           Scott N. Cameron
                           Counsel for Clarisol Torres

## Order

Good cause appearing,

The sentencing hearing scheduled for November 15, 2011, is continued to December 13, 2011, at 9:15 a.m.

IT IS SO ORDERED.

DATED: November 8, 2011        _____
                               LAWRENCE K. KARLTON
                               SENIOR JUDGE
                               UNITED STATES DISTRICT COURT