Scott N. Cameron (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Telephone: 916-442-5230

Attorney for:
CLARISOL TORRES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>CLARISOL TORRES,<br><br>            Defendant.<br>_____ | CASE NO. 07-CR-391 LKK<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON PETITION ALLEGING VIOLATIONS OF SUPERVISED RELEASE**<br><br>DATE:  December 13, 2011<br>TIME:  9:15 a.m.<br>COURT: Hon. Lawrence K Karlton |

<u>Stipulation</u>

The parties, through undersigned counsel, stipulate that the hearing on the superceding petition alleging violations of supervised release, scheduled for December 13, 2011, may be continued to December 20, 2011, at 9:15 a.m.  The parties engaged in fruitful negotiation and discussions have been held with the Probation Officer.  Defendant is being detained in the Nevada County jail and the defense attorney needs the additional time meet with defendant to discuss her options and convey the results of the defense attorney's discussions with the prosecution and the Probation Officer.

U.S. Probation Officer Dayna Ward has been consulted regarding this continuance and has no objection.

The prosecutor has authorized defense counsel to sign this stipulation on his behalf.

DATED: December 8, 2011         BENJAMIN WAGNER
                                United States Attorney

                        by      /s/ Todd Pickles
                                Todd Pickles
                                Assistant U.S. Attorney

DATED: December 8, 2011

                        by      /s/ Scott N. Cameron
                                Scott N. Cameron
                                Counsel for Clarisol Torres

### Order

Good cause appearing,

The sentencing hearing scheduled for December 13, 2011, is continued to December 20, 2011, at 9:15 a.m.

IT IS SO ORDERED.

DATED: December 9, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT