Scott N. Cameron (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Telephone: 916-442-5230

Attorney for:
CLARISOL TORRES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CLARISOL TORRES, et. al., )<br>)<br>)<br>Defendants. )<br>_____ ) | CASE NO. 07-CR-391 LKK<br><br>**STIPULATION AND ORDER CONTINUING THE DISPOSITIONAL HEARING REGARDING DEFENDANT TORRES' VIOLATION OF SUPERVISED RELEASE**<br><br>DATE:   January 24, 2012<br>TIME:   9:15 a.m.<br>COURT:  Hon. Lawrence K Karlton |

<u>Stipulation</u>

The parties, through undersigned counsel, stipulate that the dispositional hearing regarding defendant Torres' violation of supervised release, scheduled for January 24, 2012, may be continued to February 7, 2012, at 9:15 a.m. Defense counsel for defendant Torres recently received the dispositional memorandum from the Probation Department. Defense counsel wishes to file a sentencing memorandum in support of defendant. The additional time requested is necessary for the preparation of the sentencing memorandum because defense counsel only recently received the Probation Department's memorandum and defendant Torres is detained in the Nevada County jail.

U.S. Probation Officer Dayna Ward has been consulted regarding

1

this continuance and has no objection.

The prosecutor has authorized defense counsel to sign this stipulation on his behalf.

DATED: January 20, 2012          BENJAMIN WAGNER
                                 United States Attorney

                        by       /s/ Todd Pickles
                                 Todd Pickles
                                 Assistant U.S. Attorney

DATED: January 20, 2012

                        by       /s/ Scott N. Cameron
                                 Scott N. Cameron
                                 Counsel for Clarisol Torres

## Order

Good cause appearing,

The dispositional hearing scheduled for January 24, 2012, is continued to February 7, 2012, at 9:15 a.m.

IT IS SO ORDERED.

DATED:   January 23, 2012

                                 _____
                                 LAWRENCE K. KARLTON
                                 SENIOR JUDGE
                                 UNITED STATES DISTRICT COURT

2